UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

FRIDCHARD CHERY,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNSEALING ORDER

Docket No. 19-M-407

  Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Jonathan E. Algor, for an order unsealing the above-captioned matter.

  WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated: Brooklyn, New York
    May 6, 2019

              _____
              HONORABLE PEGGY KUO
              UNITED STATES MAGISTRATE JUDGE
              EASTERN DISTRICT OF NEW YORK